DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
KATIE KONZ (Bar No. 271436)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
cferrannini@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant
SIERRA NEVADA JOURNEYS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIAMBRA HENNESSEY,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA NEVADA JOURNEYS, A NEVADA CORPORATION, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-CV-02321-JAM-DB<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING**<br><br>Complaint Removed: November 6, 2017 |

Plaintiff TIAMBRA HENNESSEY ("Plaintiff") and Defendant SIERRA NEVADA JOURNEYS ("Defendant"), by and through their respective counsel, hereby stipulate:

Whereas, Defendant filed a Notice of Removal in the above-captioned action on November 6, 2017, removing Plaintiff's initial complaint to this Court;

Whereas, at the time of removal, Defendant had not filed a responsive pleading to Plaintiff's complaint;

Whereas, the initial deadline to file a responsive pleading was November 13, 2017, and Defendant contemplated filing a motion to dismiss and/or motion to strike the initial complaint;

Whereas, pursuant to the Order Re Filing Requirements for Cases Assigned to Judge Mendez, the parties are required to discuss the substance of any contemplated motion and any potential resolution;

1501557.2

1

Whereas, because Defendant and Plaintiff needed additional time to meet and confer, the parties filed a Stipulation to Extend Deadline to File Responsive Pleading Pursuant to Local Rule 144(a) on November 6, 2017, whereby the parties stipulated to extend the deadline for Defendant to file a responsive pleading to November 17, 2017;

Whereas, on November 14, 2017, counsel for the parties discussed the substance of Defendant's contemplated motion to dismiss and/or strike via telephone;

Whereas, thereafter on November 16, 2017, counsel for the parties agreed that Plaintiff will dismiss the ninth and eleventh claims in her complaint, and in exchange, Defendant will not file a motion to dismiss and/or motion to strike the complaint;

Whereas, the current deadline for Defendant to file a responsive pleading is November 17, 2017, and in light of the parties' agreement, the parties agree that additional time is necessary for Defendant to file an answer to the complaint with the ninth and eleventh claims dismissed;

THE PARTIES HEREBY STIPULATE that Defendant may have until November 22, 2017, to file a responsive pleading in the above-captioned action.

DATED: November 17, 2017　　　　DOWNEY BRAND LLP

By:　/s/ Cassandra M. Ferrannini
　　　CASSANDRA M. FERRANNINI
　　　Attorney for Defendant
　　　SIERRA NEVADA JOURNEYS

DATED: November 17, 2017　　　　OTKUPMAN LAW FIRM

By:　/s/ Roman Otkupman (as authorized on 11/17/17)
　　　ROMAN OTKUPMAN
　　　Attorney for Plaintiff
　　　TIAMBRA HENNESSEY

# **ORDER**

The Court, having reviewed the attached Stipulation of the parties, and for good cause shown, HEREBY ORDERS THAT:

1. The parties' request is GRANTED, and the time for Defendant to file a responsive pleading to Plaintiff's initial complaint is hereby extended to November 22, 2017.

IT IS SO ORDERED.

DATED: 11/17/2017_____

_____

**/s/ JOHN A. MENDEZ**
United States District Court Judge