DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
BRADLEY C. CARROLL (Bar No. 300658)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
cferrannini@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendant
SIERRA NEVADA JOURNEYS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIAMBRA HENNESSEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIERRA NEVADA JOURNEYS, A NEVADA CORPORATION, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:17-CV-02321-JAM-DB<br><br>**JOINT STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE**<br><br>Complaint Removed:　　November 6, 2017 |

## **STIPULATION**

Plaintiff TIAMBRA HENNESSEY ("Plaintiff") and Defendant SIERRA NEVADA JOURNEYS ("Defendant") (collectively, "Parties"), by and through their respective attorneys of records, stipulate and agree as follows:

　　1.　　That the deadline to complete all discovery in this action was set at October 26, 2018, by the Court's scheduling order.

　　2.　　That the Parties wish to mediate their dispute in hopes of reaching a settlement of this action.

　　3.　　That the Parties have agreed to attend mediation on October 24, 2018.

　　4.　　That the Parties wish to avoid the continued expense of discovery, including

1529023.1

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE

depositions and expert discovery, pending their mediation.

    5.    That the Parties wish to extend the deadline to complete discovery to accommodate their mediation.

    6.    That the deadline for completing discovery in this action should be moved to November 29, 2018.

    7.    That the deadline for disclosure of expert witnesses should be moved to October 26, 2018, and the supplemental disclosure and disclosure of any rebuttal experts should be moved to November 9, 2018.

IT IS SO STIPULATED.

DATED: August 22, 2018    DOWNEY BRAND LLP

By: */s/ Bradley C. Carroll*
CASSANDRA M. FERRANNINI
BRADLEY C. CARROLL
Attorney for Defendant
SIERRA NEVADA JOURNEYS

DATED: August 22, 2018    OTKUPMAN LAW FIRM, ALC

By: */s/ Roman Otkupman (as authorized on 8/22/18)*
ROMAN OTKUPMAN
Attorney for Plaintiff
TIAMBRA HENNESSEY

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that:

1. The deadline for Plaintiff and Defendant to completed discovery in this matter shall be moved from October 26, 2018, to November 29, 2018.

2. The deadline for Plaintiff and Defendant to disclose expert witnesses shall be moved to October 26, 2018, and the deadline for supplemental disclosure and disclosure of any rebuttal experts shall be moved to November 9, 2018

IT IS SO ORDERED.

DATED: 8/22/2018

/s/ John A. Mendez_____

United States District Court Judge