# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIAMBRA HENNESSEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SIERRA NEVADA JOURNEYS, A NEVADA CORPORATION, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No.: 2:17-CV-02321-JAM-DB<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Pursuant to the stipulation of Plaintiff, Tiambra Hennessey and Defendant, Sierra Nevada Journeys, the Court hereby dismisses the above-entitled lawsuit in its entirety with prejudice. Each party will bear his/its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: 12/10/2018

/s/ John A. Mendez
**HON. JOHN A. MENDEZ**
**UNITED STATES DISTRICT JUDGE**